UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PERRY LEE LEWIS,<br><br>                      Plaintiff,<br>    v.<br><br>DENISE LUNDEEN, et al.,<br><br>                      Defendants. | No. C09-5769 BHS/KLS<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT MARSHAL FORMS |

      This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. 3. However, Plaintiff has not provided service forms and summonses so that service of his civil rights complaint may be completed. Therefore, Plaintiff is directed to fill out service forms with complete addresses for the named defendants, so that the Court may direct the United States Marshal to serve Plaintiff's civil rights complaint upon the named defendants.

      Accordingly, it is **ORDERED**:

      (1)    The Clerk of the Court is directed to send service forms to Plaintiff;

ORDER - 1

(2) Plaintiff is directed to fill out the forms with complete addresses for the named Defendants and return the forms of the Amended Complaint so that the U.S. Marshal may attempt service by mail upon the named Defendants. These documents must be returned on or before **February 26, 2010**, or the Court will recommend dismissal of this action for failure to prosecute.

**DATED** this  2nd  day of February, 2010.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2