UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PERRY LEE LEWIS,

    Plaintiff,

  v.

DENISE LUNDEEN, et al.,

    Defendants.

CASE NO. C09-5769BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 7). The Court having considered the Report and Recommendation and the remaining record, and no objections by Plaintiff having been filed, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED** without prejudice for failure to prosecute.

DATED this 31st day of March, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER