# United States District Court

## WESTERN DISTRICT OF WASHINGTON

PERRY LEE LEWIS

v.

DENISE LUNDEEN, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5769BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED** without prejudice for failure to prosecute.

| April 2, 2010 | BRUCE RIFKIN |
|:---:|:---:|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk